

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/21/2013 02:15 PM

COURTROOM Room 4-117

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:13-bk-01040-FMD | 13 | 01/29/2013 |

Chapter 13

**DEBTOR:** Alba Tylinski

**DEBTOR ATTY:** Carmen Dellutri

**TRUSTEE:** Jon Waage

**HEARING:**

Cont. Motion to Dismiss Case , in addition to Motion For Sanctions - Attorney for Debtor Misconduct under Fed. R. Bankr. P. 9011(c). Filed by Lawrence E Pecan III on behalf of Creditor A. Wolf; Doc #14

**APPEARANCES::** Michael Cecil, Gary Murphee, David Lampley

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Cont. Motion to Dismiss Case , in addition to Motion For Sanctions - Attorney for Debtor Misconduct   under Fed. R. Bankr. P. 9011(c). Filed by Lawrence E Pecan III on behalf of Creditor A. Wolf; Doc #14 -   Granted, sanctions in amount of $500 O/Murphy
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.